# In the United States Court of Federal Claims

No. 13-152C
(Filed: November 24, 2015)

| | |
|---|---|
| AIRPORT ROAD ASSOCIATES, LTD., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**ORDER OF DISMISSAL AND ENTRY OF JUDGMENT**

The plaintiffs' unopposed motion (ECF No. 64), filed November 23, 2015, to voluntarily dismiss without prejudice under Rule 41(a)(2) four plaintiffs: Oakdale Associates, Ltd., Serenity Village, Southside Apartments Ltd., and Southeastern Associates, Ltd. is **GRANTED**. Accordingly, the claims for plaintiffs Oakdale Associates, Ltd., Serenity Village, Southside Apartments Ltd., and Southeastern Associates, Ltd. are **DISMISSED** without prejudice, with each party to bear its own costs and fees.

In addition, the Clerk is directed to enter the parties' joint stipulation of voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) (ECF No. 65), filed November 24, 2015, dismissing plaintiff Clifford E. Olsen – Delta Square / Pine Cliff Apartments.

The Clerk of the Court shall enter judgment accordingly with regard to both sets of plaintiffs.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge